## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. Specialty Insurance Company | * | |
| | * | |
| Plaintiff | * | |
| V. | * | |
| | * | NO: 4:13CV00445 SWW |
| Garison Constructors of Arkansas LLC | * | |
| | * | |
| Defendant | * | |

## **DEFAULT JUDGMENT**

Consistent with the order that was entered on this day, it is hereby CONSIDERED, ORDERED, and ADJUDGED that Plaintiff U.S. Specialty Insurance Company have and recover from Defendant Garison Constructors of Arkansas LLC $360,424.14 on its breach of contract claim together with interest from this date until paid at the rate of 0.11% as provided by law.

IT IS SO ORDERED THIS 22ND   DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE